# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1008

_____

| | | |
|---|---|---|
| Willie Love, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Ron Johnson, Sergeant; Craig Stoddard, | * | District of Minnesota. |
| Officer; Stan Capistrant, Officer; City | * | |
| of Bloomington; City of Minneapolis, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: September 29, 2000
Filed: October 4, 2000

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Willie Love appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint as barred by the applicable statute of limitations. After carefully reviewing

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

the record and the parties' briefs, we agree that Love's action was barred. Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.